IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Muniz, William | Case Number: 04 B 11197 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/10/08 | Filed: 3/22/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 4, 2008
Confirmed: May 17, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 37,404.72 | |
| Secured: | | 0.00 |
| Unsecured: | | 34,790.06 |
| Priority: | | 0.00 |
| Administrative: | | 718.00 |
| Trustee Fee: | | 1,896.66 |
| Other Funds: | | 0.00 |
| Totals: | 37,404.72 | 37,404.72 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 718.00 | 718.00 |
| 2. | ECast Settlement Corp | Unsecured | 4,280.75 | 4,280.64 |
| 3. | Portfolio Recovery Associates | Unsecured | 5,717.01 | 5,716.95 |
| 4. | Capital One | Unsecured | 1,662.37 | 0.00 |
| 5. | Dr Charles Thometz | Unsecured | 1,120.23 | 1,120.09 |
| 6. | Illinois Dept Of Public Aid | Unsecured | 20,863.84 | 20,863.67 |
| 7. | ECast Settlement Corp | Unsecured | 420.85 | 420.84 |
| 8. | Capital One | Unsecured | 1,698.29 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 2,387.94 | 2,387.87 |
| 10. | Washington Mutual Bank FA | Secured | | No Claim Filed |
| 11. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 12. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 13. | Truelogic Financial Corp | Unsecured | | No Claim Filed |
| 14. | Associates National Bank | Unsecured | | No Claim Filed |
| 15. | Shell Credit Card | Unsecured | | No Claim Filed |
| | | | $ 38,869.28 | $ 35,508.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Muniz, William

Printed: 12/10/08

Case Number:  04 B 11197
Judge:  Hollis, Pamela S
Filed:  3/22/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 98.39 |
| 6.5% | 597.77 |
| 3% | 108.00 |
| 5.5% | 594.01 |
| 5% | 138.36 |
| 4.8% | 230.40 |
| 5.4% | 128.85 |
| 6.6% | 0.88 |
|  | $ 1,896.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

